```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                         04-CV-102(JMR/JSM)
```

David J. Gherity            )
                            )
         v.                 )     ORDER
                            )
Lori Swenson et al.         )

      Plaintiff, pro se, objects to the Report and Recommendation, issued February 20, 2008 [Docket No. 67], by the Honorable Janie S. Mayeron, United States Magistrate Judge. The Report recommended the remand by the Eighth Circuit Court of Appeals be deemed moot; that respondents' motion to dismiss be denied; that petitioner's motion to renew his February 23, 2004, motions be denied in part and granted in part; and that petitioner's motion to strike respondents' motion to dismiss be denied. Plaintiff's objections were timely filed pursuant to Local Rule 72.2.

      Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation.

      Accordingly, IT IS ORDERED that:

      1. The stay and abeyance issue which the Eighth Circuit Court of Appeals directed the Court to consider in its remand is deemed moot [Docket No. 28].

      2. Respondents' motion to dismiss is denied [Docket No. 32].

      3. Petitioner's motion to renew his February 23, 2004, motions is denied in part and granted in part [Docket No. 38].

4.   Petitioner's motion to strike respondents' motion to dismiss is denied [Docket No. 49].

Dated:  March 25, 2008

                                                 s/ JAMES M. ROSENBAUM
                                                 JAMES M. ROSENBAUM
                                                 United States Chief District Judge