UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
04-CV-102(JMR/JSM)

| | |
|---|---|
| David J. Gherity ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| Lori Swenson et al. ) | |

Petitioner pro se objects to the Report and Recommendation, issued June 18, 2009 [Docket No. 80], by the Honorable Janie S. Mayeron, United States Magistrate Judge. The Report recommended that petitioner's application for habeas corpus relief under 28 U.S.C. § 2254 be denied, and that this action be dismissed with prejudice. Petitioner's objections were timely filed pursuant to Local Rule 72.2.

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation.

Accordingly, IT IS ORDERED that:

1. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2254 [Docket No. 1] is denied.

2. This action is dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 10, 2009

                                                  s/ JAMES M. ROSENBAUM
                                                  JAMES M. ROSENBAUM
                                                  United States District Judge